| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1089 2:05CR-00242-01B |
| CR 07 00477 RMW PVT | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| Christopher Kim TRAN<br>505 Sioux Lane<br>San Jose, CA 95123 | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE | FROM May 9, 2007 — TO May 8, 2010 |

**OFFENSE**

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE MARIJUANA
[21 USC §§§ 841(a)(1), (B)(1)(D) and 846]

POSSESSION WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE, MARIJUANA
[21 U.S.C. §§§ 846, 841(a)(1) and (b)(1)(D)]

FILED 2007 JUL 23 P 3:11 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-2-07
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

July 18, 2007
Effective Date

[signature] James Ware
United States District Judge