| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1089 2:05CR-00242-01B |
| | **CR 07 00477 RMW PV** | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
| Christopher Kim TRAN 505 Sioux Lane San Jose, CA 95123 | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE | |
| DATES OF SUPERVISED RELEASE | FROM May 9, 2007 | TO Cheyenne May 8, 2010 |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
JUL 30 2007
Stephan Harris, Clerk

OFFENSE

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE MARIJUANA
[21 USC §§ 841(a)(1), (B)(1)(D) and 846]

POSSESSION WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE, MARIJUANA
[21 U.S.C. §§§ 846, 841(a)(1) and (b)(1)(D)]

FILED
2007 JUL 23 P 3:11
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. S.J.

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-2-07
Date

_/s/ Clarence A. Brimmer_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

TRUE COPY CERTIFIED
Stephan Harris
Clerk
By _/s/ Deputy Clerk_

July 16, 2007
Effective Date

_/s/ James Ware_
United States District Judge

*Probation Transfer CR-07-00477-RMW*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 13 2006

Stephan Harris, Clerk
Cheyenne

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

Christopher Kim Tran

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 05-CR-242-01-B

Carol A. Serelson
Defendant's Attorney

THE DEFENDANT:   pled guilty to counts <u>1 and 2</u>.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1), (b)(1)(D) and 846 | Conspiracy to Possess with Intent to Distribute, and to Distribute, Marijuana | August 12, 2005 | 1 |
| 21 USC 846, 841(a)(1) and (b)(1)(D) | Possession with Intent to Distribute, and to Distribute, Marijuana | August 12, 2005 | 2 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **09193-091**

July 7, 2006
Date of Imposition of Sentence

_/s/ Clarence A. Brimmer_
Clarence A. Brimmer
United States District Judge

7-13-06
Date

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk

DEFENDANT: Christopher Kim Tran                             Judgment-Page **2** of **5**
CASE NUMBER: 05-CR-242-01-B

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 months and 1 day, to be served concurrently on both counts.

The Court makes the following recommendations to the Bureau of Prisons:

   a facility closest to San Jose, California, where the defendant's family resides.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

   before <u>12:00 noon</u>. on <u>August 7, 2006</u>.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____


Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

United States Marshal

By: _____
    Deputy Marshal

DEFENDANT: Christopher Kim Tran                                    Judgment-Page 3 of 5
CASE NUMBER: 05-CR-242-01-B

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years, to be served concurrently on both counts.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

While on supervised release, the defendant shall not use or possess a firearm, ammunition, dangerous weapons or destructive device. Supervised release shall be revoked for possession of a firearm.

The defendant shall make special assessment and restitution payments as ordered by the Court and is required to notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

The defendant shall pay all financial obligations immediately. Any financial obligations not paid immediately or through the Bureau of Prisons' Inmate Responsibility Program shall be paid beginning the month following his release from confinement, in monthly installments of not less than $100.

The defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the U.S. Probation Officer until such time as the defendant is released from the program by the U.S. Probation Officer.

The defendant shall refrain from any use or possession of alcohol and shall not frequent places whose chief source of income is derived from the sale of alcohol.

The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

DEFENDANT: Christopher Kim Tran  Judgment-Page 4 of 5
CASE NUMBER: 05-CR-242-01-B

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;

2) the defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Christopher Kim Tran                                Judgment-Page 5 of 5
CASE NUMBER: 05-CR-242-01-B

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Restitution | Fine |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $75.00 |
| 2 | $100.00 | $0.00 | $75.00 |
| **Totals:** | $200.00 | $0.00 | $150.00 |

## FINE AND/OR RESTITUTION

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due as follows:

   In full immediately.

All financial penalty payments are to be made to the Clerks Office, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

CHEY

# U.S. District Court
## District of Wyoming (Cheyenne)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00242-CAB All Defendants
### Internal Use Only

Case title: USA v. Tran et al

Date Filed: 09/22/2005
Date Terminated: 07/07/2006

Assigned to: Honorable Clarence A Brimmer

**Defendant**

**Christopher Kim Tran** (1)
*TERMINATED: 07/07/2006*

represented by **Carol A Serelson**
619 West 20th Street
Cheyenne, WY 82001
307/635-4365
Fax: 307/635-4332
Email: serelsonlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (21:841(a)(1), (b)(1)(D) and 846 Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana
(1)

MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (21:841(a)(1), (b)(1)(D) Possession with Intent to Distribute Marijuana)
(2)

**Disposition**

12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine for both Counts 1 and 2; to be served concurrently with term imposed for Count 2

12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine for both Counts 1 and 2; to be served concurrently with term imposed for Count 1

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk
By _____
Deputy Clerk

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Honorable Clarence A Brimmer

**Defendant**

**Samuel Eli George** (2)
*TERMINATED: 07/07/2006*

represented by **James H Barrett**
5400 Hamilton Avenue
Cheyenne, WY 82009
307/632-6087/630-4421
Fax: 307/635-8895
Email: jbarrettdef@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (21:841(a)(1), (b)(1)(D) and 846 Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana (1) | 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 2 |
| MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE (21:841(a)(1), (b)(1)(D) Possession with Intent to Distribute Marijuana) (2) | 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 1 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

USA       represented by   **Stuart S Healy, III**
US ATTORNEY'S OFFICE
P O Box 668
Cheyenne, WY 82003-0668
307/772-2124
Fax: 307/772-2123
Email: stuart.healy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2005 | 1 | *SEALED* INDICTMENT as to Christopher Kim Tran (1) count(s) 1, 2, Samuel Eli George (2) count(s) 1, 2. (sdl, ) (Entered: 09/28/2005) |
| 09/22/2005 | 2 | MOTION to Detain by USA as to Christopher Kim Tran. (sdl, ) (Entered: 09/28/2005) |
| 09/22/2005 | 3 | MOTION to Detain by USA as to Samuel Eli George. (sdl, ) (Entered: 09/28/2005) |
| 09/22/2005 | 4 | Praecipe for Warrant for Christopher Kim Tran by Plaintiff USA. (sdl, ) (Entered: 09/28/2005) |
| 09/22/2005 | 5 | Praecipe for Warrant for Samuel Eli George by Plaintiff USA. (sdl, ) (Entered: 09/28/2005) |
| 09/24/2005 | 6 | Warrant Issued as to Christopher Kim Tran. (sdl, ) (Entered: 09/28/2005) |
| 09/24/2005 | 7 | Warrant Issued as to Samuel Eli George. (sdl, ) (Entered: 09/28/2005) |
| 10/04/2005 | 8 | Minute Entry for proceedings held before Judge William C Beaman : Initial Appearance as to Christopher Kim Tran held on 10/4/2005. Added attorney Carol A Serelson for Christopher Kim Tran. (Court Reporter Mullivan.) (sjlg, ) (Entered: 10/05/2005) |
| 10/04/2005 | 9 | Minute Entry for proceedings held before Judge William C Beaman : Arraignment as to Christopher Kim Tran (1) Count 1,2 held on 10/4/2005 Defendant pled not guilty. (Court Reporter Mullivan.) (sjlg, ) (Entered: 10/05/2005) |
| 10/05/2005 | 10 | NOTICE OF HEARING as to Christopher Kim Tran, Detention Hearing set for 10/6/2005 02:00 PM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 10/5/05).(sjlg, ) (Entered: 10/05/2005) |
| 10/05/2005 | 11 | NOTICE OF HEARING as to Christopher Kim Tran, Jury Trial set for 12/12/2005 09:30 AM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 10/5/05).(sjlg, ) (Entered: 10/05/2005) |

| | | |
|---|---|---|
| 10/05/2005 | 12 | ORDER for Discovery as to Christopher Kim Tran by the Honorable Clarence A Brimmer. (cc: all counsel 10/7/05).(sjlg, ) (Entered: 10/07/2005) |
| 10/06/2005 | 13 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Detention Hearing as to Christopher Kim Tran held on 10/6/2005 (Court Reporter Glennon.) (sjlg, ) (Entered: 10/07/2005) |
| 10/06/2005 | 14 | ORDER Setting Conditions of Release as to Christopher Kim Tran by the Honorable Clarence A Brimmer. (cc: all counsel 10/6/2005).(sdn, ) (Entered: 10/11/2005) |
| 10/06/2005 | 15 | Appearance Bond Entered as to Christopher Kim Tran in amount of $ 10,000 unsecured (sdn, ) (Entered: 10/11/2005) |
| 10/11/2005 | 16 | Warrant Returned Executed on 10/4/2005 as to Christopher Kim Tran. (sdn, ) (Entered: 10/13/2005) |
| 10/13/2005 | 17 | NOTICE OF HEARING as to Samuel Eli George: Initial Appearance & Arraignment set for 10/17/2005 at 9:15 AM in Cheyenne before Honorable William C Beaman. (cc: all counsel on 10/14/2005 by fax). (sdn, ) (Entered: 10/14/2005) |
| 10/17/2005 | 18 | Minute Entry for proceedings held before Judge William C Beaman : Initial Appearance as to Samuel Eli George held on 10/17/2005. Added attorney James H Barrett for Samuel Eli George. (Case unsealed) (Court Reporter Julie Hedelson.) (sdl, ) (Entered: 10/18/2005) |
| 10/17/2005 | 19 | Minute Entry for proceedings held before Judge William C Beaman : Arraignment as to Samuel Eli George (2) Count 1,2 held on 10/17/2005 Defendant pled not guilty. (Court Reporter Julie Hedelson.) (sdl, ) (Entered: 10/18/2005) |
| 10/17/2005 | 20 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - CJA 23 Financial Affidavit by Samuel Eli George (sdl, ) (Entered: 10/18/2005) |
| 10/17/2005 | 21 | Unsecured Bond Entered as to Samuel Eli George in amount of $ 10,000 (sdl, ) (Entered: 10/18/2005) |
| 10/17/2005 | 22 | ORDER Setting Conditions of Release as to Samuel Eli George by the Honorable William C Beaman. (cc: all counsel 10/17/05).(sdl, ) (Entered: 10/18/2005) |
| 10/18/2005 | 23 | NOTICE OF HEARING as to Samuel Eli George, Jury Trial set for 12/12/2005 09:30 AM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 10/18/05).(sdl, ) (Entered: 10/18/2005) |
| 10/18/2005 | 24 | ORDER for Discovery as to Samuel Eli George by the Honorable Clarence A Brimmer. (cc: all counsel 10/19/2005).(sdn, ) (Entered: 10/19/2005) |
| 10/26/2005 | 25 | MOTION by Defendant Christopher Kim Tran for Extension of Time to File Motions. (sdn, ) (Entered: 10/28/2005) |

| | | |
|---|---|---|
| 10/26/2005 | 26 | MOTION by Defendant Christopher Kim Tran for Grand Jury Transcripts. (sdn, ) (Entered: 10/28/2005) |
| 10/27/2005 | 27 | ORDER by the Honorable Clarence A Brimmer granting 26 Motion for Grand Jury Transcripts as to Christopher Kim Tran (1). (cc: all counsel 10/31/2005).(sdn, ) (Entered: 10/31/2005) |
| 10/27/2005 | 28 | ORDER by the Honorable Clarence A Brimmer granting 25 Motion to Extend Time to File Motions as to Christopher Kim Tran (1). (cc: all counsel 10/31/2005).(sdn, ) (Entered: 10/31/2005) |
| 10/28/2005 | 29 | AMENDED ORDER Setting Conditions of Release as to Samuel Eli George by the Honorable William C Beaman. (cc: all counsel 11/1/2005). (sdn, ) (Entered: 11/01/2005) |
| 10/31/2005 | 30 | ORDER Setting Conditions of Release as to Samuel Eli George by the Honorable William C Beaman (signed by 3rd-party custodian). (cc: all counsel 11/1/2005).(sdn, ) (Entered: 11/01/2005) |
| 11/01/2005 | 31 | Warrant Returned Executed on 10/17/2005 as to Samuel Eli George. (sdn, ) (Entered: 11/02/2005) |
| 11/15/2005 | 32 | MOTION to Suppress Evidence filed by Defendant Christopher Kim Tran. (sdn, ) (Entered: 11/15/2005) |
| 11/29/2005 | 33 | RESPONSE to 32 MOTION to Suppress by USA as to Christopher Kim Tran (sjc, ) (Entered: 11/29/2005) |
| 11/30/2005 | 34 | MOTION to Continue Trial and for Excludable Time filed by Defendant Samuel Eli George. (sdn, ) (Entered: 12/01/2005) |
| 11/30/2005 | 35 | WAIVER of Speedy Trial filed by Defendant Samuel Eli George (sdn, ) (Entered: 12/01/2005) |
| 11/30/2005 | 36 | NOTICE OF HEARING ON 32 MOTION to Suppress as to Defendant Christopher Kim Tran. Motion Hearing set for 12/20/2005 at 10:00 AM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 11/30/2005 by fax).(sdn, ) (Entered: 12/01/2005) |
| 12/01/2005 | 37 | ORDER by the Honorable Clarence A Brimmer granting 34 Motion to Continue Trial and for Excludable Time as to Defendant Samuel Eli George (2). (cc: all counsel 12/1/2005).(sdn, ) (Entered: 12/01/2005) |
| 12/01/2005 | 38 | ORDER for Excludable Time and Continue Trial as to Samuel Eli George by the Honorable Clarence A Brimmer. (cc: all counsel 12/1/2005).(sdn, ) (Entered: 12/01/2005) |
| 12/16/2005 | 39 | MEMORANDUM (BRIEF) in Support 32 MOTION to Suppress Evidence by Christopher Kim Tran (js, ) (Entered: 12/19/2005) |
| 12/16/2005 | 40 | AMENDED NOTICE OF HEARING ON 32 MOTION to Suppress Evidence as to Christopher Kim Tran. Motion Hearing reset for 12/20/2005 01:30 PM in Cheyenne before Honorable Alan B Johnson. Motion Hearing set for 12/20/2005 10:00 AM VACATED. (cc: all counsel on 12/16/05 by fax).(js, ) (Entered: 12/19/2005) |

| 12/20/2005 | ●41 | Minute Entry for proceedings held before Judge Alan B Johnson : Motion Hearing as to Christopher Kim Tran held on 12/20/2005 re 32 MOTION to Suppress filed by Christopher Kim Tran. Motion denied. (Court Reporter Hedelson.) (sdn, ) (Entered: 12/22/2005) |
|---|---|---|
| 01/26/2006 | ●42 | ORDER denying 32 Motion to Suppress as to Christopher Kim Tran (1) by the Honorable Alan B Johnson. (cc: all counsel 1/27/2006).(sdn, ) (Entered: 01/27/2006) |
| 02/14/2006 | ●43 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PLEA AGREEMENT as to Samuel Eli George (sdn, ) (Entered: 02/15/2006) |
| 03/21/2006 | ●44 | NOTICE OF HEARING as to Christopher Kim Tran: Change of Plea Hearing set for 4/21/2006 at 11:00 AM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 3/21/2006 by fax)(sdn, ) (Entered: 03/22/2006) |
| 03/22/2006 | ●45 | NOTICE OF HEARING as to Samuel Eli George: Change of Plea Hearing set for 4/21/2006 at 11:30 AM in Cheyenne before Honorable Clarence A Brimmer. (cc: all counsel on 3/22/2006 by fax)(sdn, ) (Entered: 03/23/2006) |
| 04/11/2006 | ●46 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PLEA AGREEMENT as to Christopher Kim Tran (szf, ) (Entered: 04/11/2006) |
| 04/19/2006 | ●47 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ELEMENTS OF THE CRIME AND PROSECUTOR'S STATEMENT filed by USA as to Defendants Christopher Kim Tran and Samuel Eli George. (sdd) (Entered: 04/19/2006) |
| 04/21/2006 | ●48 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Change of Plea Hearing as to Christopher Kim Tran, guilty plea entered as to Counts 1 and 2. (Court Reporter Dew-Harris.) (sdn, ) (Entered: 04/21/2006) |
| 04/21/2006 | ●49 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Change of Plea Hearing as to Samuel Eli George, guilty plea entered as to Counts 1 and 2. (Court Reporter Dew-Harris.) (sdn, ) (Entered: 04/21/2006) |
| 05/17/2006 | ●50 | NOTICE OF HEARING as to Samuel Eli George, Sentencing set for 7/7/2006 01:30 PM in Cheyenne before Honorable Clarence A Brimmer. (szf, ) (Entered: 05/18/2006) |
| 05/17/2006 | ●51 | NOTICE OF HEARING as to Christopher Kim Tran, Sentencing set for 7/7/2006 02:00 PM in Cheyenne before Honorable Clarence A Brimmer. (szf, ) (Entered: 05/18/2006) |
| 07/07/2006 | ●52 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Sentencing held on 7/7/2006 for Samuel Eli George (2) - Count 1: 12 months and 1 day imprisonment; 3 years supervised release with special |

| | | |
|---|---|---|
| | | conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 2; Count 2 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 1. (Court Reporter Glennon.)(sdn, ) (Entered: 07/12/2006) |
| 07/07/2006 | 53 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Sentencing held on 7/7/2006 for Christopher Kim Tran (1): Count 1 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine concurrent with Count 2; to be served concurrently with term imposed for Count 2; Count 2 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine concurrent with Count 1; to be served concurrently with term imposed for Count 1. (Court Reporter Glennon.)(sdn, ) (Entered: 07/12/2006) |
| 07/07/2006 | | (Court only) ***JS-3 Closing Information (sdn, ) (Entered: 07/12/2006) |
| 07/07/2006 | | (Court only) ***JS-3 Closing Information (sdn, ) (Entered: 07/12/2006) |
| 07/13/2006 | 54 | JUDGMENT and COMMITMENT by the Honorable Clarence A Brimmer as to Samuel Eli George (2): Count 1 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 2; Count 2 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine on both Counts 1 and 2; to be served concurrently with term imposed for Count 1 . (cc: all counsel 7/14/2006). (sdn, ) (Entered: 07/14/2006) |
| 07/13/2006 | 55 | JUDGMENT and COMMITMENT by the Honorable Clarence A Brimmer as to Christopher Kim Tran (1): Count 1 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine for both Counts 1 and 2; to be served concurrently with term imposed for Count 2; Count 2 - 12 months and 1 day imprisonment; 3 years supervised release with special conditions; $100 special assessment; $150 fine for both Counts 1 and 2; to be served concurrently with term imposed for Count 1 . (cc: all counsel 7/13/2006). (sdn, ) (Entered: 07/14/2006) |
| 08/28/2006 | 56 | Judgment Returned Executed as to Christopher Kim Tran on 08/07/2006. (ssh, ) (Entered: 08/28/2006) |
| 11/15/2006 | 57 | SATISFACTION OF JUDGMENT as to monetary imposition filed by USA as to defendant Christopher Kim Tran (sdl, ) (Entered: 11/15/2006) |
| 07/30/2007 | 58 | Supervised Release Jurisdiction Transferred to Northern District of California as to Christopher Kim Tran. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sdl, ) (Entered: 07/31/2007) |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 2 2 2005

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **05 CR 242** |
| Plaintiff, | ) | |
| | ) | Ct. 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(D) and 846 |
| v. | ) | (Conspiracy to Possess with Intent to Distribute, and to Distribute, Marijuana) |
| **CHRISTOPHER KIM TRAN** and **SAMUEL ELI GEORGE**, | ) | |
| | ) | Ct. 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) (Possession with Intent to Distribute Marijuana) |
| Defendants. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 12, 2005, in the District of Wyoming, the Defendants, **CHRISTOPHER KIM TRAN and SAMUEL ELI GEORGE**, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with each other and with other persons both known and unknown to the grand jury, to possess with intent to distribute, and to distribute, less than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D) and 846.

### COUNT TWO

On or about August 12, 2005, in the District of Wyoming, the Defendants, **CHRISTOPHER KIM TRAN and SAMUEL ELI GEORGE**, did knowingly, intentionally,

and unlawfully possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

A TRUE BILL:

FOREPERSON

MATTHEW H. MEAD
United States Attorney

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk
By
Deputy Clerk

05CR 242B

# PENALTY SUMMARY

**DATE:** September 20, 2005

**DEFENDANT NAME:** Samuel Eli George

**ADDRESS:**

**OFFENSE AND PENALTIES:**

**OFFENSE:**   Ct. 1:   **21 U.S.C. §§ 841(a)(1), (b)(1)(D) and 846**
(Conspiracy to Possess with Intent to Distribute, and to Distribute, Marijuana)

**PENALTIES:**
0-5 Years Imprisonment
$250,000 Fine
2 Years Supervised Release
$100 Special Assessment
Class "D" Felony

**OFFENSE:**   Ct. 2:   **21 U.S.C. §§ 841(a)(1) and (b)(1)(D)**
(Possession with Intent to Distribute Marijuana)

**PENALTIES:**
0-5 Years Imprisonment
$250,000 Fine
2 Years Supervised Release
$100 Special Assessment
Class "D" Felony

**TOTALS:**
0-10 Years Imprisonment
$500,000 Fine
4 Years Supervised Release
$200 Special Assessment

**AGENT:**   Jeff Smith
DCI - Cheyenne

**AUSA:**   Stuart S. Healy III

**ESTIMATED TIME OF TRIAL:**   **INTERPRETER NEEDED:**

XXXX   five days or less            _____   Yes

_____   over five days             XXXX   No

_____   other


**THE GOVERNMENT:**          _____   The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions

XXXX   will

_____   will not

**SEEK DETENTION IN THIS CASE.**

05 CR 242 B

## PENALTY SUMMARY

**DATE:**  September 20, 2005

**DEFENDANT NAME:**  **Christopher Kim Tran**

**ADDRESS:**

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | Ct. 1: | **21 U.S.C. §§ 841(a)(1), (b)(1)(D) and 846**<br>(Conspiracy to Possess with Intent to Distribute, and to Distribute, Marijuana) |
| PENALTIES: | | 0-5 Years Imprisonment<br>$250,000 Fine<br>2 Years Supervised Release<br>$100 Special Assessment<br>Class "D" Felony |
| OFFENSE: | Ct. 2: | **21 U.S.C. §§ 841(a)(1) and (b)(1)(D)**<br>(Possession with Intent to Distribute Marijuana) |
| PENALTIES: | | 0-5 Years Imprisonment<br>$250,000 Fine<br>2 Years Supervised Release<br>$100 Special Assessment<br>Class "D" Felony |
| **TOTALS:** | | 0-10 Years Imprisonment<br>$500,000 Fine<br>4 Years Supervised Release<br>$200 Special Assessment |
| **AGENT:** | | Jeff Smith<br>DCI - Cheyenne |
| **AUSA:** | | Stuart S. Healy III |

**ESTIMATED TIME OF TRIAL:**          **INTERPRETER NEEDED:**

XXXX  five days or less              _____  Yes

_____ over five days                 XXXX  No

_____ other


**THE GOVERNMENT:**                   _____  The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions

XXXX  will

_____ will not

**SEEK DETENTION IN THIS CASE.**

2